396 P.3d 1157

**K.G., Petitioner-appellant,**

**v.**

**D.D. and Child Support Enforcement Agency, State of Hawaii, Respondents-appellees**

**NO. CAAP-16-0000408**

Intermediate Court of Appeals of Hawaiʻi.

DATED: Honolulu, Hawaiʻi, June 29, 2017.

APPEAL FROM THE FAMILY COURT OF THE SECOND CIRCUIT (FC-P NO. 15-1-0168)

SUMMARY DISPOSITION ORDER

Affirmed.

396 P.3d 1157

**IN the INTEREST OF LR**

**NO. CAAP-16-0000512**

Intermediate Court of Appeals of Hawaiʻi.

DATED: Honolulu, Hawaiʻi, June 29, 2017.

APPEAL FROM THE FAMILY COURT OF THE SECOND CIRCUIT (FC-S NO. 15-1-0111)

SUMMARY DISPOSITION ORDER

Affirmed.

396 P.3d 1157

**IN the INTEREST OF P CHILDREN**

**NO. CAAP-16-0000696**

Intermediate Court of Appeals of Hawaiʻi.

DATED: Honolulu, Hawaiʻi, June 29, 2017.

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT (FC-S NO. 14-00112)

SUMMARY DISPOSITION ORDER

Affirm.

396 P.3d 1157

**Thaddeaus ZIEMLAK, Successor Trustee of the Marguerite M. Ziemlak Revocable Living Trust, Plaintiff-Appellee,**

**v.**

**Ji Won KEELEY, Defendant/Third-Party Plaintiff-Appellant,**

**and**

**Estate of Stanley F. Ziemlak, Defendant-Appellee,**

**and**

**John Does 1-20, Jane Does 1-20, DOE Partnerships 1-20, DOE Limited Liability Companies 1-20, and DOE Entities 1-20, Defendants,**

**v.**

**First Honolulu Securities, Inc., Third-party Defendant-Appellee**

**NO. CAAP-14-0001017**

Intermediate Court of Appeals of Hawaiʻi.

DATED: Honolulu, Hawaiʻi, June 30, 2017.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT (CIVIL NO. 12-1-2576)